1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   L. H. POGUE aka L. QIYAM POGUE,              1:06-CV-00393-OWW-LJO-P

12            Plaintiff,                          ORDER GRANTING MOTION FOR
                                                  RECONSIDERATION OF TRANSFER
          vs.                                     [Document #10]
13
     CALIFORNIA DEPARTMENT
14   OF CORRECTIONS AND                           ORDER TRANSFERRING CASE
     REHABILITATION, et al.,
15                                                ORDER DIRECTING CLERK TO
            Defendants.                           RE-OPEN SACRAMENTO CASE
16   _____/          2:06-CV-00126-LKK-PAN-P

17

18        Plaintiff is a state prisoner proceeding  pro se with a civil rights action pursuant to 42 U.S.C.

19   § 1983. On January 19, 2006. plaintiff filed a complaint at the Sacramento division of the United States

20   District Court for the Eastern District of California, and the case was opened as case number 2:06-CV-

21   00126-LKK-PAN-P.  On January 19, 2006, plaintiff also submitted an application to proceed in forma

22   pauperis pursuant to 28 U.S.C. § 1915.   The court has not ruled on the application.

23        On April 7, 2006, the Sacramento court transferred the case to the Fresno division of the Eastern

24   District, on the grounds that plaintiff alleges violations of his civil rights which took place in Fresno

25   County.  On April 24, 2006, plaintiff filed a motion for reconsideration of the order transferring the case

26   to the Fresno division.  Plaintiff contends that venue is proper in the Sacramento division because the

27   events alleged in the complaint took place at Solano State Prison, located in Solano County, which is

28   part of the Sacramento division of the United States District Court for the  Eastern District of California.

Plaintiff is correct.  Therefore, venue is proper in the Sacramento division, and plaintiff's motion for reconsideration shall be granted.  This court will not rule on plaintiff's request to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1.      This court has not ruled on plaintiff's request to proceed in forma pauperis;

2.      This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

3.      The Clerk shall re-open case 2:06-CV-00126-LKK-PAN-P; and

4.      All future filings shall refer to the Sacramento case number and shall be filed at:


United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:    April 28, 2006**                    _____/s/ Lawrence J. O'Neill_____
b9ed48                                                   UNITED STATES MAGISTRATE JUDGE