UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| L. H. POGUE, aka: L. Qiyam Pogue,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>STEWART; et al.,<br><br>　　　Defendants - Appellees. | No.  06-16891<br>D.C. No.  CV-06-00126-LKK/EFB<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: _The claim was frivolous as is the appeal_

_____

　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　(Judge)
　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　Date: 11/27/06